**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LONG ISLAND PURE WATER LTD.,

                        Plaintiff,                **JUDGMENT**
                                                           CV 18-727 (DRH)(ARL)

  - against -

GOVERNOR ANDREW M. CUOMO, STATE OF
NEW YORK, N.Y. STATE DEPARTMENT OF
ENVIRONMENTAL CONSERVATION, UNITED
STATES OF AMERICA, UNITED STATES
DEPARTMENT OF THE NAVY, BASIL SEGGOS,
in his official capacity as Commissioner of the New
York State Department of Environmental Conservation,
MARTIN BRAND, in his official capacity as Deputy
Commissioner of the New York State Department of
Environmental Conservation, and CARRIE MEEK
GALLAGHER, in her official capacity as Regional
Director for Region 1 of the New York State
Department of Environmental Conservation,

                        Defendants.
-----------------------------------------------------------X

      A Memorandum and Order of Honorable Denis R. Hurley, United States District Judge, having been filed on March 22, 2019, granting Defendants Governor Andrew M. Cuomo, the State of New York, the New York State Department of Environmental Conservation, Basil Seggos, Martin Brand, and Carrie Meek Gallagher's (the "State Defendants") motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) based on sovereign immunity; granting Defendants the United States of America and the United States Department of the Navy's (the "Federal Defendants") motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) based on the bar on judicial review in the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA") § 113 (h); and directing the Clerk of Court to enter judgment and close this case, it is

**ORDERED AND ADJUDGED** that Plaintiff Long Island Pure Water Ltd., take nothing of Defendants Governor Andrew M. Cuomo, the State of New York, the New York State Department of Environmental Conservation, Basil Seggos, Martin Brand, Carrie Meek Gallagher, the United States of America and the United States Department of the Navy; that the State Defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) is granted based on sovereign immunity; that the Federal Defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) is granted based on the bar on judicial review in CERCLA § 113 (h); and that this case is closed.

Dated: Central Islip, New York
  March 25, 2019

DOUGLAS C. PALMER
CLERK OF THE COURT
By: /s/ James J. Toritto
Deputy Clerk
